UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, JAMES MARCHESE, <br><br> Plaintiff, <br><br> v. <br><br> CELL THERAPEUTICS, INC., et al., <br><br> Defendants. | CASE NO. C06-0168-MJP <br><br> ORDER EXCUSING PARTIES FROM MEDIATING RELATOR'S FEE |

The parties are excused from the requirement of attempting to resolve this issue before the undersigned. A hearing will be scheduled before Judge Pechman for a ruling on the dispute over the relator's fee. The undersigned remains the settlement judge for other issues in the case.

A copy of this Order shall be sent to all counsel of record and to Judge Pechman.

DATED this <u>1st</u> day of August, 2007.

Mary Alice Theiler
United States Magistrate Judge

ORDER EXCUSING PARTIES FROM
MEDIATING RELATOR'S FEE
PAGE -1